IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Uniloc USA, Inc. and Uniloc (SINGAPORE) Private Limited,<br><br>                    Plaintiffs,<br>v.<br><br>(1)  Foxit Corporation (f/k/a Fox It Software Company);<br>(2)  Sage Software, Inc. (d/b/a Sage MMD, Inc.);<br>(3)  Sage Software North America;<br>(4)  Sage Software Holdings, Inc.;<br>(5)  Magix Computer Products International Co.;<br>(6)  ScriptLogic Corporation;<br>(7)  Data Access Corporation (d/b/a Data Access Worldwide);<br>(8)  Final Draft Inc.;<br>(9)  GEAR Software, Inc.;<br>(10)  GEAR Software Holdings, Inc.;<br>(11)  Taleau Software, Inc.;<br>(12)  Quinstar Corporation (d/b/a/ Specter Instruments);<br>(13)  Transmagic, Inc.;<br>(14)  IMSI Design, LLC;<br>(15)  Manifold Net Ltd.;<br>(16)  Microlead Corporation;<br>(17)  Methodsmarket.com Inc. (d/b/a  6D Technologies); and<br>(18)  Simtech Software, Inc. (d/b/a SimTech Systems, Inc.)<br><br>                    Defendants. | Civil Action No. 6:10cv691<br><br><br><br>JURY TRIAL DEMANDED |

NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT FOXIT CORPORATION

PLEASE TAKE NOTICE that the undersigned counsel enters his appearance as the attorney of record for Defendant Foxit Corporation in the above-numbered and styled cause.

DATED: March 7, 2011  Respectfully submitted,

/s/ Kelly J. Kubasta
Kelly J. Kubasta
State Bar No. 24002430
KLEMCHUK KUBASTA LLP
8150 N. Central Expressway, Ste. 1150
Dallas, Texas 75206
214.367.6000 tel.
214.367.6001 fax
kelly.kubasta@kk-llp.com
docketing_kkllp@me.com

COUNSEL FOR DEFENDANT FOXIT CORPORATION

CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3)(A) on the 7th day of March, 2011. Any other counsel of record will be served by first class mail.

/s/ Kelly J. Kubasta
Kelly J. Kubasta